## SAMUEL HANNA, ADMINISTRATOR, ETC., OF ISAAC BURNETT, DECEASED, *versus* JOHN P. HEDGES, JOSEPH BARROW AND WILLIAM SUTTENFIELD (HENRY J. HUNT, GARNISHEE OR TRUSTEE)

JOURNAL ENTRIES (1821–25): *Journal 3:* (1) Defendants called, auditors appointed *p. 243; (2) default, auditors appointed *p. 349; (3) continued *p. 443; (4) report of auditors filed, default *p. 458. *Journal 4:* (5) Judgment MS p. 68.

PAPERS IN FILE: (1) Precipe for attachment; (2) affidavit for attachment; (3) writ of attachment and return; (4) sheriff's return; (5) Hunt's statement of his account with defendant Hedges; (6) commission to auditors; (7) report of auditors; (8) affidavit of publication; (9) printer's bill; (10) writing obligatory.

*1821 Calendar*, MS p. 72. Recorded in *Book C*, MS pp. 55–58.